# UNITED STATES DISTRICT COURT

Northern  DISTRICT OF  New York

Julianne Burns and Christopher Burns

**JUDGMENT IN A CIVIL CASE**

V.

City of Utica; Armond Festine, individually and as Ass't Corp. Counsel; Linda Fatata, individually and as Corp. Counsel; Michael Knapp, individually and as firefighter employed by City of Utica Fire Dept.

Case Number: 6:12-cv-1741

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

x **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Plaintiff's claims against Defendants under the New York Human Rights Law are **DISMISSED** for lack of subject matter jurisdiction and further it is

**ORDERED** that Defendant Knapps's Motion to Dismiss is **GRANTED** in its entirety and further it is

**ORDERED** that Defendants City of Utica, Festine and Fatata's Motion to Dismiss is **GRANTED** in its entirety.

All of the above pursuant to a Memorandum-Decision and Order entered by the Honorable Frederick J. Scullin, Jr. on February 20, 2014

February 20, 2014
Date

Clerk of Court

(By) Deputy Clerk